UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DENNIS LOUIS RUELLO, ET AL | * | CIVIL ACTION NO.20-895 |
| | * | SECTION R-1 |
| VERSUS | * | |
| | * | JUDGE SARAH S. VANCE |
| JP MORGAN CHASE BANK, N.A. | * | MAGISTRATE JANIS van MEERVELD |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF FINAL DISMISSAL

CONSIDERING the foregoing Stipulation of Dismissal, and finding the same to be good and sufficient;

IT IS ORDERED, ADJUDGED, AND DECREED that JP Morgan Chase Bank, N.A. *Third-Party Complaint* against SMS Assist, LLC be dismissed, without prejudice, reserving JP Morgan Chase Bank, N.A.'s right to re-file and re-allege its third-party action should plaintiffs' claims be reinstated on appeal or otherwise.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that SMS Assist, LLC *Third-Party Complaint* against AMR Lawn and Landscape, LLC be dismissed, without prejudice, reserving SMS Assist, LLC 's right to re-file and re-allege its third-party action should plaintiffs' claims be reinstated on appeal or otherwise.

Each party will bear its own costs.

Signed this 16th day of _____ May _____, 2022, in New Orleans, Louisiana.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**