UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DENNIS LOUIS RUELLO,** husband of/and **LORI RUELLO** **(Plaintiffs)** | CIVIL ACTION<br><br>NO.20-00895<br><br>SECTION "R" (1) |
| **Versus** | JUDGE SARAH S. VANCE |
| **JP MORGAN CHASE & CO.** **(Defendant)** | |

## NOTICE OF APPEAL

**Plaintiffs, Dennis Louis Ruello and Lori Ruello**, through undersigned counsel, hereby appeal to the United States Court of Appeals for the Fifth Circuit, the following:

1) The Order of the District Court, entered on January 25, 2022, granting the Motion for Summary of Defendant, JP Morgan Chase Bank, N.A.;

2) The Final Judgment of the District Court, entered on January 25, 2022, dismissing the claims of Plaintiffs against Defendant, JP Morgan Chase Bank, N.A., with prejudice; and

3) The Order of the District Court, entered on May 10, 2022, denying Plaintiffs' Motion for New Trial and/or for Relief from Final Judgment or Order

Respectfully submitted:

*s/Dennis P. Couvillion*

Dennis P. Couvillion (Bar No. 04495)
Counsel for Plaintiffs
2955 Ridgelake Drive, Suite 207
Metairie, Louisiana 70002
Telephone: (504) 837-0803
Cell: (504) 710-8532
FAX: (504) 837-8366
e-mail: couvilaw@gmail.com