# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-30345
_____

A True Copy
Certified order issued Aug 24, 2022

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Dennis Louis Ruello, *husband of*; Lori Ruello,

*Plaintiffs—Appellants*,

*versus*

JPMorgan Chase Bank, National Association,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-895

_____

CLERK'S OFFICE:

     Under Fed. R. App. P. 42(b), the appeal is dismissed as of August 24, 2022, pursuant to appellants' motion.

                                          LYLE W. CAYCE
                                          Clerk of the United States Court
                                          of Appeals for the Fifth Circuit

By: _____
                 Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT